PHILLIP A. TALBERT
Acting United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE GUSTAVO MARTINEZ,<br><br>Defendant. | CASE NO. 1:18-CR-00146-DAD-BAM<br><br>STIPULATION TO CONTINUE SENTNCING HEARING; ORDER<br><br>DATE: January 18, 2022<br>TIME: 10:00 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on January 18, 2022.

2. By this stipulation, defendant now moves to continue the sentencing until February 28, 2022.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The defendant is having health issues and is unable to meet with Probation in order to be interviewed for the Presentence report as scheduled.

   b) Counsel for defendant desires additional time to prepare for the sentencing hearing and to have the defendant interviewed by Probation.

   c) The government does not object to the continuance. The assigned probation

1

officer, Ross Micheli, does not object to the request and agrees to the proposed date.

    d) Based on the above-stated findings, the ends of justice served by continuing the case.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated:  November 23, 2021      PHILLIP A. TALBERT
                Acting United States Attorney

                /s/ LAUREL J. MONTOYA
                LAUREL J. MONTOYA
                Assistant United States Attorney

Dated:  November 23, 2021      /s/ GALATEA R. DELAPP
                GALATEA R. DELAPP
                Counsel for Defendant
                JOSE GUSTAVO MARTINEZ

**ORDER**

IT IS SO ORDERED that the sentencing hearing is continued to February 28, 2022 at 10:00 am.

IT IS SO ORDERED.

Dated:  **November 23, 2021**                  
                    UNITED STATES DISTRICT JUDGE