PHILLIP A. TALBERT
Acting United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE GUSTAVO MARTINEZ,<br><br>Defendant. | CASE NO. 1:18-CR-00146-DAD-BAM<br><br>STIPULATION TO CONTINUE SENTNCING HEARING; ORDER<br><br>DATE: February 28, 2022<br>TIME: 10:00 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on February 28, 2022.

2. By this stipulation, defendant now moves to continue the sentencing until April 11, 2022.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The defendant is having health issues and is unable to meet with Probation in order to be interviewed for the Presentence report as scheduled.

   b) Counsel for defendant desires additional time to prepare for the sentencing hearing and to have the defendant interviewed by Probation.

   c) The government does not object to the continuance. The assigned probation officer, Ross Micheli, does not object to the request and agrees to the proposed date.

d) Based on the above-stated findings, the ends of justice served by continuing the case.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: December 23, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ LAUREL J. MONTOYA
LAUREL J. MONTOYA
Assistant United States Attorney

Dated: December 23, 2021

/s/ GALATEA R. DELAPP
GALATEA R. DELAPP
Counsel for Defendant
JOSE GUSTAVO MARTINEZ

**ORDER**

Pursuant to the parties' stipulation, the sentencing hearing in this case is continued to April 11, 2022.

IT IS SO ORDERED.

Dated: **December 27, 2021**

UNITED STATES DISTRICT JUDGE

2