GALATEA DeLAPP, 181581
Attorney at Law
1541 E. Fairmont Avenue 104
Fresno, CA 93704
Telephone: (559) 803-0471

Attorney for Defendant
Gustavo Martinez

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00146-ADA-BAM |
| Plaintiff, | STIPULATION; ORDER |
| v. | DATE: May 8, 2023<br>TIME: 8:30 a.m. |
| JOSE GUSTAVO MARTINEZ, | COURT: Hon. Ana de Alba |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on May 8, 2023.

2. By this stipulation, defendant now moves to continue the sentencing hearing until June 5, 2023.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for defendant and the government desire additional time to conduct post-plea investigation and prepare for the sentencing hearing.

      b)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      c)    The government does not object to and joins in the request for the continuance.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  May 1, 2023

/s/ GALATEA R. DELAPP
GALATEA R. DELAPP
Counsel for Defendant
JOSE GUSTAVO MARTINEZ

Dated:  May 1, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ LAUREL J. MONTOYA
LAUREL J. MONTOYA
Assistant United States Attorney

IT IS SO ORDERED.

Dated:   May 2, 2023

UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE SENTENCING HEARING; ORDER

2