Galatea DeLapp, CA Bar #181581
Attorney at Law
1541 East Fairmont Ave. Suite 104
Fresno, CA 93704
(559) 803-0471

Attorney for Defendant Gustavo Martinez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:18-cr-00146-ADA-BAM |
| Plaintiff, | |
| v. | **MOTION TO TERMINATE CJA APPOINTMENT OF GALATEA DELAPP AS ATTORNEY OF RECORD AND ORDER** |
| GUSTAVO MARTINEZ, | |
| Defendant. | |

On June 28, 2018, Defendant Gustavo Martinez was arraigned on federal charges.  CJA Panel Attorney Galatea DeLapp was appointed as trial counsel to represent Mr. Martinez on his criminal case.  Mr. Martinez was sentenced pursuant to a plea agreement on June 5, 2023.  The time for filing a direct appeal was June 19, 2023.  No direct appeal was filed.   Mr. Martinez self-surrendered to the Bureau of Prisons as directed on July 19, 2023.  The trial phase of Mr. Martinez's criminal case has, therefore, come to an end.   Having completed her representation of Mr. Martinez, CJA attorney Galatea DeLapp now moves to terminate her appointment under the Criminal Justice Act.

Should Mr. Martinez require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street,

Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Dated: July 19, 2023					Respectfully submitted,

/s/ GALATEA DELAPP
GALATEA DELAPP Attorney for
Defendant, GUSTAVO MARTINEZ

**ORDER**

Having reviewed the notice and found that attorney Galatea DeLapp has completed the services for which he was appointed, the Court hereby grants attorney Galatea DeLapp's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant GUSTAVO MARTINEZ at the following address and to update the docket to reflect Defendant's pro se status and contact information.

USP Tucson Camp
Satellite Prison Camp
P.O. Box 24549
Tucson, AZ 85734

IT IS SO ORDERED.

Dated:   August 28, 2023

UNITED STATES DISTRICT JUDGE